FILED ✓    LODGED ___
RECEIVED ___    COPY ___

NOV 2 9 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | NO.  CR-16-01430-PHX-SPL(ESW) |
| v. | **INDICTMENT** |
| Benjamin Sanchez-Velazquez,<br>a.k.a.: Benjamin Velazquez Sanchez,<br>a.k.a.: Benjamin Velazquez-Sanchez, | VIO:    8 U.S.C. § 1326(a) and (b)(1)<br>(Reentry of Removed Alien) |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about June 16, 2014, at or near Parker, in the District of Arizona, BENJAMIN SANCHEZ-VELAZQUEZ, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 16, 2004, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  November 29, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
DAVID C. WHIPPLE
Assistant U.S. Attorney